**Duane Herman CARTER,
Plaintiff–Appellee,**

v.

**BURNET COUNTY JAIL;
et al., Defendants,**

**Jackie FLOWERS; Judith Bennett;
Peggy Edwards, Jailer, Defen-
dants–Appellants.**

No. 03–50327.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 9, 2003.

Duane Herman Carter, pro se, Kings-
land, TX, for Plaintiff–Appellee.

Jennifer A. Powell, Kevin Wayne Cole,
Cole & Powell, Austin, TX, for Defen-
dants–Appellants.

Before HIGGINBOTHAM, DAVIS and
PRADO, Circuit Judges.

PER CURIAM.*

Jackie Flowers, Judith Bennett, and
Peggy Edwards appeal their denial of
qualified immunity in this 42 U.S.C. § 1983
action. They argue that the summary
judgment record is devoid of evidence to
support the factual findings and inferences
of the district court that led to its determi-
nation that their conduct was objectively
unreasonable.

The denial of a motion for summary
judgment based on qualified immunity is
immediately appealable only when based
on an issue of law. *Rodriguez v. Neeley,*

169 F.3d 220, 222 (5th Cir.1999). If we
were to entertain the merits of the appel-
late argument raised herein, it would ne-
cessitate a review of the propriety of the
district court's assessment of the summary
judgment evidence, as opposed to taking,
as given, the facts it assumed and deter-
mining as a matter of law whether the
defendants' conduct was objectively unrea-
sonable. *See Nerren v. Livingston Police
Dep't,* 86 F.3d 469, 472 (5th Cir.1996). We
are, however, without jurisdiction to re-
view a district court's assessment of what
facts are established by or inferable from
the summary judgment record. *See
Palmer v. Johnson,* 193 F.3d 346, 351 (5th
Cir.1999). We, therefore, dismiss this ap-
peal.

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.